IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDMUND C. OLSON, Trustee of the EDMUND C. OLSON TRUST NO. 2, | ) CASE NO: 12-00037 LEK-KSC<br>) (Foreclosure)<br>) |
| Plaintiff, | ) **DECLARATION OF RICHARD A.**<br>) **ING**<br>) |
| vs. | )<br>) |
| NANI MAU, INC., a Hawai'i corporation; KENNETH FUJIYAMA; JOHN DOES 1-10, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |
| | ) |

## DECLARATION OF RICHARD A. ING

RICHARD A. ING, hereby declares as follows:

1.    I am of-counsel to the law firm of Ogawa, Lau, Nakamura &

Jew, Attorneys at Law, A Law Corporation, which firm represents Defendants

NANI MAU, INC. and KENNETH FUJIYAMA in the above entitled action.  I am

licensed to practice law before all Courts in the State of Hawaii and have personal

knowledge of the matters set forth herein except where premised upon information

and belief.

2.    Attached hereto as **Exhibit "12"** is a true and correct copy of

an email response Declarant sent to Plaintiff's counsel, Paul Alston, Esq., on

March 12, 2012, in response to Mr. Alston's March 10, 2012 email notifying

Declarant of Plaintiff's intention to re-enter the property to conduct an inspection.

Mr. Alston's email appears below Declarant's email.

**I HEREBY DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED:  Honolulu, Hawaii, March 27, 2012.


/s/ Richard A. Ing
RICHARD A. ING

2