

EXHIBIT 1





Case 1:12-cv-00037-LEK-KSC   Document 22-3   Filed 03/27/12   Page 3 of 13     PageID #: 612













Case 1:12-cv-00037-LEK-KSC   Document 22-3   Filed 03/27/12   Page 9 of 13     PageID #: 618







Case 1:12-cv-00037-LEK-KSC   Document 22-3   Filed 03/27/12   Page 12 of 13   PageID #: 621

