*Atelier de Arte* Yutaka Toyota

*Toyota*

## Sculpture Cosmic Space Nani Mau Garden I

The sculpture made by Yutaka Toyota came from Japan and was forged by Shinnitetsu Co. in 1990 to Nani Mau Garden, Hawaii. USA.



| | |
|---|---|
| Autor: | Yutaka Toyota |
| Title | **Cosmic Space I** |
| Tecnique: | Stainless Steel |
| Dimension: | 740X150X130 cm |
| Year: | 1990 |
| Value in 2012 | US$ 750.000,00 |

São Paulo, 22nd march 2012.

*Yutaka Toyota*

Yutaka Toyota
Sculptor

ATELIER DE ARTE YUTAKA TOYOTA
CNPJ 07.429.452/0001-32 IE 117.230.618.118



EXHIBIT 3