

EXHIBIT 4

