William P. Kenoi
*Mayor*

BJ Leithead Todd
*Director*

Margaret K. Masunaga
*Deputy*

West Hawai'i Office
74-5044 Ane Keohokalole Hwy
Kailua-Kona, Hawai'i 96740
Phone (808) 323-4770
Fax (808) 327-3563



# County of Hawai'i
## PLANNING DEPARTMENT

East Hawai'i Office
101 Pauahi Street, Suite 3
Hilo, Hawai'i 96720
Phone (808) 961-8288
Fax (808) 961-8742

December 30, 2011

Kenneth Fujiyama, CEO
NANIMAU INC.
421 Makalika Street
Hilo, HI 96720

Dear Mr. Fujiyama:

> **REVISED INCREMENTAL FINAL PLAT MAPS (Unit 2 Only)**
> **SUBDIVIDER: NANI MAU, INC.**
> *"Lanipono Place Subdivision, Unit 2"* (formerly Nani Mau Gardens, Unit 2)
> Proposed Subdivision of the Remainder Lot,
> Being portions of Grant Nos. 13029, 13030, 13031, 13032, 13033,
> Into Lots 20 through 24, Inclusive, and Remainder Lot,
> Waiākea, South Hilo, Island of Hawai'i, Hawai'i
> **TMK: 2-2-048:013 and 093   (SPH-11-000019)**

This is to acknowledge receipt on December 20, 2011, of ten (10) copies of the revised incremental final plat map dated October 27, 2011, for the referenced application.

By a copy of this letter, we are forwarding a copy of the revised incremental final plat map to the listed officers for their review. We shall contact you upon receipt of their response on this matter.

Should you have any questions, please feel free to contact Ed Cheplic of this department.

Sincerely,

BJ LEITHEAD TODD
Planning Director

ETC:lnm
\\Coh33\planning\public\Admin Permits Division\Subdivision\2011\SUBc2011-4\SPH-11-000019NaniMauLaniponoPlaceU2 IncrREVFPM.doc

www.cohplanningdept.com            *Hawai'i County is an Equal Opportunity Provider and Employer*            planning@co.hawaii.hi.us



EXHIBIT 5

Kenneth Fujiyama, CEO
NANIMAU INC.
Page 2
December 30, 2011

xc: Manager, DWS w/Revised Incremental FPM (Unit 2 Only)
Director, DPW w/Revised Incremental FPM (Unit 2 Only)
District Environmental Health Program Chief, DOH w/Revised Incremental FPM (Unit 2 Only)
Blaine W. Ito, LPLS, True North Surveys, Inc.
Dennis K. Shigeoka, PE
REZ 792 (Ord. 95 55 & Ord. 08 72); VAR 1492