

EXHIBIT 7







