

Kona
HAWAII ISLAND HUMANE SOCIETY
74-5225 Queen Kaahumanu Hwy.
Kailua Kona, HI 96740
808-329-1175
Date: 3/14/2012

## Case Details
Case #KE-12-070-02H
Type: Complaint

### Case Details

| Opened: 3/10/2012 | Closed: 3/13/2012 | Priority: #7 Cru/neg not Immediate | Status: | Validity: N/A |
|---|---|---|---|---|

Jurisdiction: Keaau      Officer in charge: Benjamin Koehler

### Case Description
Parrots and a p-hen are not being cared for

### Associated Animals
**Victim:** Bird: 2 parrots    **Gender:** Male    **Breed(s):** Macaw - N/A or Unknown
**Case subject:** Bird: P hen    **Gender:** Female    **Breed(s):** Peacock/Pea fowl - N/A or Unknown

### Quarantined Animals
No animals have been quarantined.

### Associated People
**Ken Fujiyama**
   Owner of animal (no animal associated yet)

PO Box 1417, Hilo, HI 96720

**Complainant**
Unknown, Hilo, HI 96720

### Violations
No violations have been entered for this case.

### Enforcements
No enforcements have been entered for this case.

### Calls/Dispatch

| Date/time | Call taken by | ACO assigned | Status |
|---|---|---|---|
| 3/10/2012 at 8:52:35 AM | Gregory Pinkney | Starr Yamada | Closed |

**Call location:** Makalika, Hilo Nanimau Gardens. Complainant is

**Call notes:** Claims that Parrots and a p-hen are not being cared for.

### Statements

| Person | Date | Time | Taken by |
|---|---|---|---|
| No statements. | | | |

**EXHIBIT 8**

http://www.hihs.org/RPA_RCaseDetails.asp?x1=127&x2=42&all=1&cid=6299&vd=1&c...  3/14/2012

**Case History**
3/10/2012 (8:52:01 AM): Case opened

3/10/2012 (11:11:12 AM):
Arrived @ Dispatched address observed 2 parrots with food and water and 1 poa hen with out. All birds were in good condition. Left complaint notice. (employee: Starr Yamada)

3/12/2012 (9:40 AM):
KEN FUJIYAMA called shelter notified him of complaint and HRS 711-1109. KEN FUJIYAMA stated he is personally feeding birds and taking care of them. He stated that he missed one day of feeding because of emergncy but he feeds them every day. He agreed to a walk thru at 1:00pm. (employee: Benjamin Koehler)

3/12/2012 (1:39:01 PM):
I did a walk thru of parrot cage with KEN FUGIYAMA birds all had food water and were in good health. KEN FUGIYAMA stated that someone had cut his lock off cage and replaced it with thier own so he couldnt get in to cage to feed birds but he cut it off and has been feeding them since. (employee: Benjamin Koehler)

3/13/2012 (10:59:17 AM): Person added (owner of animal): Ken Fujiyama

3/13/2012 (11:02:11 AM): Person added (complainant):

3/13/2012 (11:09:23 AM): Animal added (2 parrots)

3/13/2012 (11:11:49 AM): Animal added (P hen)

**Associated Files**
No associated files.