## PROMISSORY NOTE

US $2,000,000.00                                    Date: June 24, 2008

1.   MY PROMISE TO PAY.

In return for a loan that I have received, I promise to pay TWO MILLION AND NO/100 DOLLARS (US $2,000,000.00) (this amount will be called "principal"), plus interest, to the order of EDMUND C. OLSON, Trustee of the Edmund C. Olson Trust No. 2, under agreement dated August 21, 1985, as amended and completely restated on July 29, 1997, with full powers to sell, mortgage, lease, convey, and other powers more fully set forth therein (hereinafter "Payee"). I understand that Payee may transfer this Note. Payee or anyone who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Lender".

2.   INTEREST.

I will pay interest at a rate of 6.75% per year. Interest will be charged on that part of principal which has not been paid from July 1, 2008 and will continue until the full amount of principal has been paid.

3.   PAYMENTS.

I will pay principal and interest by making payments every month in the amount of THIRTEEN THOUSAND EIGHT HUNDRED EIGHTEEN AND 23/100 DOLLARS (US $13,818.23). I will make my monthly payments on the 1st day of each month beginning on August, 2008. All unpaid principal and interest shall be due and payable on July 1, 2015, which is seven (7) years from the date hereof, unless sooner provided herein. If I have not paid all monies I owe under this Note, I will pay all principal, interest and any other charges that I may owe, in full, on that date.

I will make my monthly payments at 11560 Tennessee Avenue, Los Angeles, California 90064, or at a different place if required by the Lender. Each of my monthly payments will be applied first to pay late charges, prepayment charges or other charges I may owe, then to pay any advances the Lender may have made under the Mortgage described below, then to pay the interest then owing on the principal and the balance shall be applied to reduce the amount of principal that I owe under this Note.

4.   MY FAILURE TO PAY AS REQUIRED

(A)   Notice From Lender. If I do not pay the full amount of any payment on time, the Lender may send me a written notice telling me that if I do not pay the overdue amount by a certain date, I will be in default. That date must be at least ten (10) days after the date on which the notice is mailed to me or, if it is not mailed, ten (10) days after the date on which it is delivered to me.

**EXHIBIT 9**

(B)   Late Fee. If any payment is more than 10 days late, I will pay a late charge of ten percent (10%) for each late payment.

(C)   Default. If I do not pay the overdue amount by the date stated in the notice described in (A) above, I will be in default. If I am in default, the Lender may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount. The Lender may also commence a lawsuit against me or take other reasonable steps to collect any overdue amounts.
If at a time when I am in default, the Lender does not require me to pay immediately in full, the Lender will still have the right to do so if, at a later time, I am in default again.

(D)   Payment of Lender's Costs and Expenses. If the Lender takes any of the actions described in (B) above, I promise to pay to the Lender all of the Lender's reasonable costs and expenses. Those expenses may include, for example, reasonable attorneys' fees.

5.   MY RIGHT TO MAKE PREPAYMENTS

I have the right to make payments of principal before they are due. Any payment made before it is due is known as a "prepayment". A prepayment of only part of the unpaid principal is known as a "partial prepayment".

If I choose to make a partial prepayment, the Lender may require me to make the prepayment on the same day that one of my monthly payments is due. The Lender may also require that the amount of my partial prepayment be equal to the amount of principal that would have been part of my next one or more monthly payments. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of my monthly payments unless the Lender agrees in writing to those delays or changes. The Lender will use all of my prepayments to reduce the amount of principal that I owe under this Note.

6.   WAIVERS

I waive my rights to require the Lender to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as "protest"). Anyone else (i) who agrees to keep my promises made in this Note, or (ii) who agrees to make payments to the Lender if I fail to keep my promises under this Note, or (iii) who signs this Note to transfer it to someone else (known as "guarantors, sureties, and endorsers"), also waives these rights.

7.   GIVING OF NOTICES

Any notice that must be given to me under this Note will be given by delivering it or by mailing it addressed to me at the Property Address below. A notice will be