**Certificate of Title** — County of [illegible]

LICENSE NUMBER: RVM679

MAKE: FORD  TYPE: [illegible]  DATE ISSUED: [illegible]  EMBLEM NO: H05830
VEHICLE IDENTIFICATION NUMBER: [illegible]
WEIGHT: 2910  YEAR MODEL: [illegible]  DATE SOLD NEW: 00-00-00
REGISTERED OWNER(S) & ADDRESS:
KEN DIRECTION COM. DEV. VOLCANO HOUSE
P.O. BOX 53
HI NATL PRK HI 96718

THIS CERTIFICATE IS EVIDENCE OF RECORDED OWNERSHIP OF THE VEHICLE DESCRIBED. KEEP THIS IN A SAFE PLACE. DO NOT KEEP IN VEHICLE. REGISTERED OWNER(S) ALSO LIENHOLDER WHEN LIENHOLDER'S NAME IS NOT TYPED IN. WHEN VEHICLE IS SOLD, MORTGAGED, ETC., THIS INSTRUMENT, PROPERLY ENDORSED, MUST BE PRESENTED TO THE DEPARTMENT BEFORE OWNERSHIP TRANSFER CAN BE RECORDED. ANY UNOFFICIAL ERASURES OR ALTERATIONS WILL VOID THIS CERTIFICATE.

LIENHOLDER: SAME

H097207

**SECTION A — ASSIGNMENT OF TITLE BY SELLER**

IF REGISTERED OWNER(S) AND LIENHOLDER ARE SAME, SIGNATURE(S) RELEASING REGISTERED OWNERSHIP ALSO RELEASES LIEN TO VEHICLE. TO RETAIN LIEN ON THE VEHICLE, REGISTERED OWNER(S) MUST COMPLETE NEW LIENHOLDER PORTION (SECTION B) ON REVERSE SIDE OF THIS CERTIFICATE.

[illegible paragraph regarding odometer disclosure]

ODOMETER READING: [illegible] (NO TENTHS)
[ ] 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
[ ] 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING — ODOMETER DISCREPANCY.

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY TRANSFERS THE MOTOR VEHICLE DESCRIBED ON THIS CERTIFICATE TO THE BUYER WHOSE NAME AND ADDRESS IS PRINTED IN SECTION C OR D AND WARRANTS IT TO BE FREE OF ALL LIENS AND ENCUMBRANCES EXCEPT AS STATED IN SECTION [illegible].
NOTE: SELLER MUST PRINT NAME AND ADDRESS OF BUYER IN SECTION C OR D AS APPROPRIATE AND COMPLETE NOTICE OF TRANSFER FORM BELOW.

DATE OF RELEASE: _____  SIGNATURE OF REGISTERED OWNER OR IF FIRM, AUTHORIZED PERSON
DATE OF RELEASE: _____  SIGNATURE OF REGISTERED OWNER OR IF FIRM, PRINT NAME AND TITLE OF AUTHORIZED PERSON

BEING DULY SWORN UPON OATH SAYS THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT.
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 19___
MY COMMISSION EXPIRES: _____  (AFFIX SEAL)  NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL

NOTE — NOTARIZATION OF SELLER'S SIGNATURE(S) IS OPTIONAL. HOWEVER, NOTARIZATION WILL PREVENT REJECTION FOR IRREGULAR SIGNATURE(S) UPON COMPARISON WITH THE SIGNATURE ON FILE OR FOR SIGNATURE VERIFICATION WHEN TRANSFER IS RECORDED IN ANOTHER COUNTY.

**ANY ALTERATIONS OR ERASURES VOID TITLE**

EXHIBIT 11

# Certificate of Title
County of Hawaii

LICENSE NUMBER: EYX437

MAKE: FORD  TYPE: 2DSD  DATE ISSUED: 06-02-93  EMBLEM NO: W24714
VEHICLE IDENTIFICATION NUMBER: 9636023
WEIGHT: 1730  YEAR MODEL: 23  DATE SOLD NEW: 00-00-2_  TAX ON: MOS

REGISTERED OWNER(S) & ADDRESS:  TC#: EYX437-93
KEN DIRECTION CORP DBA VOLCANO HOUSE
P O BOX 53
HI NAT'L PARK HI 96718

SAFETY CHECK EXPIRES: APR 94
TOTAL PAID: 12.00

LIENHOLDER: SAME

H001423

## SECTION A — ASSIGNMENT OF TITLE BY SELLER