IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDMUND C. OLSON, Trustee of the EDMUND C. OLSON TRUST NO. 2,<br><br>        Plaintiff,<br><br>vs.<br><br>NANI MAU, INC., a Hawai'i corporation; KENNETH FUJIYAMA; JOHN DOES 1-10,<br><br>        Defendants. | CASE NO.: CV12-00037 LEK-KSC<br>(Foreclosure)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing document was duly served upon the following parties as follows:

**SERVED ELECTRONICALLY THROUGH CM/ECF**:

PAUL ALSTON, ESQ.           palston@ahfi.com           March 27, 2012

ROBERT J. MARTIN, JR., ESQ.   rmartin@ahfi.com        March 27, 2012

DATED:   Honolulu, Hawaii, March 27, 2012.

                    /s/ Richard A. Ing
                    RICHARD A. ING
                    KURT K. LEONG
                    Attorney for Defendant NANI MAU, INC. and KENNETH FUJIYAMA